DAVID B. ABEL (Bar No. CA-156744)
DLA PIPER US LLP
1999 Avenue of the Stars, Suite 400
Los Angeles, CA  90067-6023
Tel:  310.595.3000
Fax:  310.595.3300
david.abel@dlapiper.com

WATSON ROUNDS
Michael D. Rounds
Nevada Bar No. 4734
5371 Kietzke Lane
Reno, NV  89511
Telephone: 775.324.4100
Facsimile:  775.333.8171
mrounds@watsonrounds.com

Attorneys for Plaintiff
Japan Cash Machine Co. Ltd. and JCM American Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAPAN CASH MACHINE CO. LTD. AND JCM AMERICAN CORP., | CASE NO.  2:05-CV-01433 RCJ (RJJ) |
| Plaintiff, | |
| v. | **JUDGMENT ON JURY VERDICT AND BENCH TRIAL** |
| MEI, INC., | |
| Defendant. | |
| MEI, INC. | |
| Counterclaim Plaintiff, | |
| vs. | |
| JAPAN CASH MACHINE CO. LTD. and JCM AMERICAN CORP., | |
| Counterclaim Defendants. | |

This action came on for trial before the Court and a jury, Honorable Robert C. Jones, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED:

1. That MEI's Cash Flow SC 66 and 83 products infringe claims 1, 2, 4 and 6 of United States Patent No. 5,372,361;

2. That MEI's infringement of claims 1, 2, 4 and 6 of United States Patent No. 5,372,361 was not willful;

3. That United States Patent No. 5,372,361 is not invalid under 35 U.S.C. §103 because the subject matter of claims 1, 2, 4 and 6 would not have been obvious to a person of ordinary skill in the art;

4. That United States Patent Number 5,420,406 is invalid under 35 U.S.C. §103 because the subject matter of claims 1, 3, 4, 7, 8, 9, 11, 12 and 14 would have been obvious to a person of ordinary skill in the art in view of the Bittner patent and/or the Lazer Coin Device;

5. That the amount of damages for MEI's infringement of United States Patent No. 5,372,361 is $11,422,930;

6. That Defendant did not prove that Plaintiffs engaged in inequitable conduct in the prosecution of United States Patent No. 5,420,406;

7. That Defendant did not prove that United States Patent No. 5,420,406 is invalid because of the on-sale bar under 35 U.S.C. § 102(b) pursuant to the Court's granting of Plaintiffs' Motion for Judgment as a Matter of Law on that issue;

8. That Defendant did not prove that either United States Patent No.'s 5,372,361 or 5,420,406 are invalid for failure to disclose inventors under 35 U.S.C. § 102(f) pursuant to the Court's granting of Plaintiffs' Motion for Judgment as a matter of law on that issue;

9. That Defendant did not prove that any of the claims of United States Patent Nos. 5,372,361 or 5,420,406 are invalid for anticipation under 35 U.S.C. § 102 pursuant to the Court's granting of Plaintiffs' Motion for Judgment as a Matter of Law on that issue;

10. That Defendant did not prove laches as a defense to JCM's damages claims;

1  11. That Defendant did not prove that JCM failed to mark its products pursuant to 35 U.S.C. § 287 as a defense to JCM's damages claims;

12. That Defendant did not prove that JCM American Corporation lacked standing to sue for infringement or that Japan Cash Machine Co., Ltd. was not entitled to seek JCM American Corporation's damages;

13. That JCM is entitled to costs as the prevailing party and prejudgment and post judgment interest on its damages pursuant to 35 U.S.C. § 284 and Fed. R. Civ. P. 54(d)(1), in amounts to be determined by the Clerk and the Court following entry of this judgment;

14. That JCM is entitled to a permanent injunction with respect to the '361 Patent, in an Order to be entered by the Court.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 16, 2009

| | | |
|---|---|---|
| 1 | DATED: January 22, 2009 | WATSON ROUNDS / DLA PIPER US LLP |
| 2 | | |
| 3 | | By: /s/ Michael D. Rounds |
| | | Michael D. Rounds |
| 4 | | 5371 Kietzke Lane |
| | | Reno, NV 89511 |
| 5 | | |
| 6 | | Attorneys for Plaintiffs |

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of Watson Rounds, and that on this date a true and correct copy of the foregoing document was sent by electronic mail to the below individuals via the Court's CM/ECF system:

Lori Brown
Harmon & Davies
1428 South Jones Boulevard
Las Vegas, NV  89146

Edmond R. Bannon
Jorge M. Torres
Fish & Richardson
Citigroup Center – 52nd Floor
153 East 53rd Street
New York, NY  10022-4611

Dated: January 22, 2009                    /s/ Tricia Trevino
                                            Tricia Trevino