NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

JAPAN CASH MACHINE CO., LTD. and
JCM AMERICAN CORP.,
*Plaintiffs-Appellants,*

v.

MEI, INC.,
*Defendant-Cross Appellant.*

2:05CV1433

---

2010-1069,-1070

---

Appeal from the United States District Court for the District of Nevada in No. 05-CV-1433, Judge Robert C. Jones.

---

## JUDGMENT

---

DAVID B. ABEL, DLA Piper US LLP, of Los Angeles, California, argued for plaintiffs-appellants. Of counsel on the brief was MICHAEL D. ROUNDS, Watson Rounds, of Reno, Nevada.

MICHAEL T. RENAUD, Pepper Hamilton LLP, of Boston, Massachusetts, argued for defendant-cross appellant. With him on the brief were RUSSELL J. BARRON and LANA A. GLADSTEIN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, LINN, and MOORE, *Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

NOV - 8 2010
Date

*Jan Horbaly*
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV - 8 2010

**JAN HORBALY
CLERK**

**ISSUED AS A MANDATE:** DEC 1 5 2010

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 12/15/10